IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10384
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMIAH POWELL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 4:94-CR-126-A)
- - - - - - - - - -

May 17, 1996

Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

Jeremiah Powell appeals his conviction for possession of marijuana with intent to distribute. He contends that district court impermissibly limited the scope of cross-examination and that the evidence was insufficient to support his conviction. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. The court's limitation of repetitive cross-examination did not rise to the level of plain

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

error.  See United States v. Coleman, 997 F.2d 1101, 1105 (5th Cir. 1993), cert. denied, 114 S. Ct. 893 (1994). The evidence was sufficient for a reasonable jury to find Powell guilty beyond a reasonable doubt.  See United States v. Pennington, 20 F.3d 593, 597 (5th Cir. 1994).

AFFIRMED.